# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Sand Point Services, LLC | ) | ASBCA Nos. 61773, 61774 |
| | ) | |
| Under Contract No. NNG14WA50C | ) | |

APPEARANCE FOR THE APPELLANT:  Traeger Machetanz, Esq.
    Davis Wright Tremaine LLP
    Seattle, WA

APPEARANCES FOR THE GOVERNMENT:  Scott Barber, Esq.
    NASA Chief Trial Attorney
    David S. Schuman, Esq.
    Trial Attorney
    Goddard Space Flight Center
    Greenbelt, MD

## ORDER OF DISMISSAL

The government moved to dismiss ASBCA Nos. 61773 and 61774 for lack of jurisdiction, asserting that these appeals are premature. By teleconference dated September 10, 2018, the parties agreed to stay these appeals to allow the contracting officer's final decision to be issued and for appellant to timely appeal that decision, if necessary, to the Board.

Appellant appealed from the contracting officer's final decision dated September 19, 2018, which the Board docketed on October 2, 2018, as ASBCA Nos. 61819 and 61820.

By telephone on November 28, 2018, the parties agreed that, for judicial economy, ASBCA Nos. 61773 and 61774 may be dismissed.

By order dated December 7, 2018, the Board informed the parties that it intended to dismiss ASBCA Nos. 61773 and 61774 without prejudice unless either party objected within 14 days of the date of the order. The Board received no objection from either party.

Accordingly, ASBCA Nos. 61773 and 61774 are dismissed without prejudice to the prosecution of ASBCA Nos. 61819 and 61820.

Dated: January 10, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61773, 61774, Appeals of Sand Point Services, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2